# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 09-0626-CG-C ) |
| AMERICAN RELIABLE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the parties' Joint Stipulation of Dismissal (Doc. 21), in which the parties represent that this case has settled. Therefore, it is **ORDERED, ADJUDGED**, and **DECREED** that all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**DONE and ORDERED** this 24th day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE